# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 15-cr-00223-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     DAVID EVAN HUBLY,

    Defendant.

_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

Pursuant to the Notice of Disposition filed on June 23, 2015 (Docket No. 24).  A Change of Plea Hearing is set for **July 28, 2015 at 9:00 a.m.**  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **July 16, 2015**, and the **three-day** jury trial scheduled for **July 27, 2015** are VACATED.

DATED this 29th day of June, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge